**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    MARK S ELDRIDGE               §
APRIL M ELDRIDGE                         §    Case No.: 06-04901
                                         §
                                         §
                                         §
                                         §
         Debtor(s)                       §
------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2006.

2) This case was confirmed on 07/26/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/27/2010.

6) Number of months from filing to the last payment: 53

7) Number of months case was pending: 60

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   33,850.00

10) Amount of unsecured claims discharged without payment $   28,802.01

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 220,208.53 |
| Less amount refunded to debtor | $ | 4,626.45 |
| **NET RECEIPTS** | $ | 215,582.08 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,783.20 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 13,809.44 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 15,592.64 |
| Attorney fees paid and disclosed by debtor | $ | 1,216.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE ALBERT LAW FIRM | SECURED | 5,389.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | 195,876.00 | 171,330.74 | 105,531.99 | 105,531.99 | .00 |
| OCWEN LOAN SERVICING | SECURED | 43,156.00 | 51,854.97 | 50,606.21 | 50,606.21 | .00 |
| NATIONAL CITY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CITY MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 4,265.00 | 12,780.41 | 12,780.41 | 12,780.41 | 3,512.66 |
| NATIONAL CAPITAL MGM | UNSECURED | 7,311.00 | NA | NA | .00 | .00 |
| TRANSOUTH FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 24,089.79 | 17,756.84 | 17,756.84 | 17,756.84 | 1,931.46 |
| THE ALBERT LAW FIRM | UNSECURED | 1,545.00 | 5,242.38 | 5,242.38 | 5,242.38 | 460.07 |
| CAPITAL ONE BANK | UNSECURED | 632.94 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 697.45 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 680.96 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 463.68 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 4,383.00 | NA | NA | .00 | .00 |
| CHICAGO PATROLMENS F | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| EXPRESS | UNSECURED | 374.05 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 568.07 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 529.88 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 455.98 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 850.45 | 850.45 | 850.45 | 850.45 | 93.00 |
| IC SYSTEMS | UNSECURED | 830.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 230.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                        |
|                                                                                 |
| Creditor                  Claim          Claim        Claim      Principal    Int. |
|   Name          Class    Scheduled      Asserted     Allowed        Paid      Paid |
|                                                                                 |
| NCO FINANCIAL SYSTEM  UNSECURED    334.00        NA         NA          .00       .00 |
| PEOPLES GAS LIGHT &   UNSECURED    914.97   1,103.82   1,103.82    1,103.82    120.15 |
| NATIONAL CITY MORTGA  OTHER           NA         NA         NA          .00       .00 |
| AMERICREDIT FINANCIA  OTHER           NA         NA         NA          .00       .00 |
| TRANS SOUTH FINANCIA  UNSECURED  7,311.00        NA         NA          .00       .00 |
| TRANS SOUTH FINANCIA  PRIORITY   4,265.00        NA         NA          .00       .00 |
| BOB ELDRIDGE          OTHER           NA         NA         NA          .00       .00 |
| HOUSEHOLD BANK        OTHER           NA         NA         NA          .00       .00 |
| OCWEN LOAN SERVICING  OTHER           NA         NA         NA          .00       .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 105,531.99 | 105,531.99 | .00 |
| Mortgage Arrearage | 50,606.21 | 50,606.21 | .00 |
| Debt Secured by Vehicle | 12,780.41 | 12,780.41 | 3,512.66 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 168,918.61 | 168,918.61 | 3,512.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,953.49 | 24,953.49 | 2,604.68 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $ 15,592.64 |
| Disbursements to Creditors | $ 199,989.44 |
| **TOTAL DISBURSEMENTS:** | $ 215,582.08 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   04/27/2011                                              /s/ Tom Vaughn
                                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**